No. 116. HALLINAN *v.* ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Vincent Hallinan* for petitioner. *John F. Duff* for respondent Roman Catholic Archbishop of San Francisco, and *Noel J. Dyer* for respondent University of San Francisco.

No. 118. COMPANIA ANONIMA VENEZOLANO DE NAVEGACION *v.* MATTHEWS ET AL. C. A. 5th Cir. Certiorari denied. *Leon Sarpy* and *Paul A. Nalty* for petitioner. *John P. Dowling* for respondent Matthews.

No. 125. GENERAL PLYWOOD CORP. *v.* UNITED STATES PLYWOOD CORP.; and

No. 140. UNITED STATES PLYWOOD CORP. *v.* GENERAL PLYWOOD CORP. C. A. 6th Cir. Certiorari denied. *John A. Blair* and *Everett R. Casey* for petitioner in No. 125 and respondent in No. 140. *Morris Relson* and *James M. Heilman* for petitioner in No. 140 and respondent in No. 125. Reported below: 370 F. 2d 500.

No. 128. DOFF ET AL. *v.* BRUNSWICK CORP. C. A. 9th Cir. Certiorari denied. *Marcus Mattson* for respondent.

No. 132. RODERICK, TRUSTEE, ET AL. *v.* CHUGACH ELECTRIC ASSOCIATION. C. A. 9th Cir. Certiorari denied. *Edgar Paul Boyko* for petitioners. *Robert W. Graham* for respondent.

No. 136. MINICHIELLO *v.* ROYAL BUSINESS FUNDS CORP. Ct. App. N. Y. Certiorari denied. *Reginald Leo Duff* for petitioner. *Morton L. Ginsberg* and *David W. Peck* for respondent.